# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORIANO MILLARE,<br><br>              Petitioner,<br><br>    v.<br><br>L.A. MARTINEZ, Warden,<br><br>              Respondent. | Case No. 2:23-cv-01908-CAS (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DISMISS HABEAS PETITION** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation to Dismiss Habeas Petition and any relevant records if needed. Because the time for objections has passed with none filed, the Court need not review de novo the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

    THEREFORE, the Court orders that the petition under 28 U.S.C. § 2254 be dismissed for the reasons stated in the Report and Recommendation. Judgment will accordingly be entered dismissing this action without prejudice.

    IT IS SO ORDERED.

DATED: February 16, 2024

CHRISTINA A. SNYDER
United States District Judge