JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORIANO MILLARE,<br><br>    Petitioner,<br><br>  v.<br><br>L.A. MARTINEZ, Warden,<br><br>    Respondent. | Case No. 2:23-cv-01908-CAS (SK)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Report and Recommendation to Dismiss Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is dismissed for lack of jurisdiction and that this action is dismissed without prejudice.

DATED: February 16, 2024

             CHRISTINA A. SNYDER
             United States District Judge